MICHAEL G. TRACHTMAN†
PAUL A. LOGAN*▫
GUNTHER O. CARRLE*
BRUCE D. LOMBARDO†
JOSEPH P. TRABUCCO, III†
NEIL P. CLAIN, JR.*
JONATHAN K. HOLLIN†
DAVID T. BOLGER†
RICHARD J. DAVIES*
STEVEN G. BARDSLEY*
FRANK S. NOFER*
ANTHONY S. POTTER◦
FREDERICK M. BREHM*
STEPHEN D. MENARD*
FRANCIS G. LaROCCA†
DENNIS P. HERBERT*
GEORGE T. REYNOLDS*
MARY J. PEDERSEN*
JENIFER L. SUPLEE*
JAMES S. BAINBRIDGE*
KEVIN K. CARTON, JR.*
DIRK M. SIMPSON, LL.M. (TAXATION)*
CHRISTOPHER J. AMENTAS*
JACKLYNN ANN BARRAS, LL.M. (TAXATION)*
LISA R. MARONE*
MICHAEL J. HOOK
ANDREW J. FUGA*

*ALSO ADMITTED IN PA
◦ALSO ADMITTED IN DE
▪ALSO ADMITTED IN MD
†ADMITTED IN PA ONLY
◦ADMITTED IN PA AND MD ONLY

LAW OFFICES
# POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO
A PROFESSIONAL CORPORATION

SUITE 350
1814 EAST ROUTE 70
CHERRY HILL, NJ 08003

(856) 663-0021
DIRECT DIAL (610) 994-79080
FACSIMILE (856) 663-1590
RBUSH@POWELLTRACHTMAN.COM
WWW.POWELLTRACHTMAN.COM

OF COUNSEL
RALPH B. POWELL, JR. †
MALCOLM B. JACOBSON †
RICHARD T. ABELL†
RICHARD L. BUSH†
MARSHA E. FLORA*

475 ALLENDALE ROAD
SUITE 200
KING OF PRUSSIA, PA 19406
(610) 354-9700
FAX (610) 354-9760

114 NORTH SECOND STREET
HARRISBURG, PA 17101
(717) 238-9300
FAX (717) 238-9325

December 11, 2007

PLEASE REPLY TO:

NEW JERSEY

<u>*VIA E-MAIL AND FACSIMILE (215) 639-4970*</u>
Ari R. Karpf, Esquire
Karpf, Karpf & Virant
3070 Bristol Pike
Building 2, Suite 231
Bensalem, PA 19020

### OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Re: Gregory Larkins v. VisionQuest National, Ltd., et al.
<u>U.S. District Court for the District of New Jersey, Civil No. 07-734</u>

Dear Mr. Karpf:

Pursuant to Federal Rule of Civil Procedure 68, Defendants VisionQuest National, Ltd. and VisionQuest NonProfit Corporation d/b/a VisionQuest Lodgemakers tender their Offer of Judgment in the sum of Eighteen Thousand ($18,000.00) Dollars. This amount is inclusive of all fees and costs accrued (such that Plaintiff would have no right to apply for further attorney's fees or costs). As you know, pursuant to this Rule, Plaintiff may accept this offer within ten (10) days of service hereof and, if not accepted, same shall be deemed withdrawn.

In order to be assured of your receipt hereof, I am sending same by e-mail and telefacsimile.

Very truly yours,

*Richard L. Bush*
Richard L. Bush

RLB:dbh

#624363v1 5106-05